United States District Court
for the
Southern District of Indiana

| | | |
|---|---|---|
| CHARLES W. COOPER, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| vs. | ) ) | Cause No: 1:17-cv-02467 JMS- MJD |
| | ) ) ) ) ) | |
| CITY OF INDIANAPOLIS and OFFICER GREGORY DAVIS, | ) ) | |
| *Defendants* | ) | |

## SUMMONS IN A CIVIL ACTION

TO:    Highest Officer Present                     Officer Gregory Davis
         Office of Corporation Counsel             Indianapolis Metropolitan Police Department
         City-County Building, Room 1601      50 N. Alabama Street
         200 East Washington Street             Indianapolis, Indiana 46204
         Indianapolis, Indiana 46204

     A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                         *Christopher D. Wyant*
                         *Wyant Law Office, LLC*
                         *608 East Market Street*
                         *Indianapolis, IN 46202*

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                  *CLERK OF COURT, Laura A. Briggs*

                                                                  BY: _____
                                                                            *Deputy Clerk*

Date: _____July 25, 2017_____

Civil Action Number: 1:17-cv-02467 JMS- MJD

**PROOF OF SERVICE**
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                *Server's Signature*


                                _____
                                *Printed name and title*


                                _____
                                *Server's address*

Additional information regarding attempted service, etc.