IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHARLES W. COOPER | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:17-cv-02467-JMS-MJD |
| v. | ) |
| | ) |
| CITY OF INDIANAPOLIS and | ) |
| OFFICER GREGORY DAVIS, | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANT CITY OF INDIANAPOLIS'S MOTION TO DISMISS**

For the reasons stated in the brief accompanying this Motion, Defendant City of Indianapolis respectfully moves to dismiss Plaintiff's *Monell* claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

                                                                                Respectfully Submitted,

                                                                                */s/ Thomas J. O. Moore*
                                                                                Thomas J. O. Moore (32079-53)
                                                                                Assistant Corporation Counsel
                                                                                OFFICE OF CORPORATION COUNSEL
                                                                                200 East Washington Street, Suite 1601
                                                                                Indianapolis, Indiana 46204
                                                                                Telephone: (317) 327-4055
                                                                                Email: thomas.moore@indy.gov

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing was filed electronically on September 26, 2017.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<table>
<tr><td>

Christopher D. Wyant  
Wyant Law Office, LLC  
608 East Market Street  
Indianapolis, Indiana 46202

</td><td>

Norman L. Reed  
303 North Alabama Street, Suite 230  
Indianapolis, Indiana 46204

</td></tr>
</table>

                                            Respectfully Submitted,

                                            */s/ Thomas J. O. Moore*  
                                            Thomas J. O. Moore  
                                            Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL  
200 East Washington Street, Suite 1601  
Indianapolis, Indiana 46204