IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHARLES W. COOPER | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:17-cv-02467-JMS-MJD |
| v. | ) |
| CITY OF INDIANAPOLIS and OFFICER GREGORY DAVIS, | ) |
| Defendants. | ) |

## **DEFENDANT CITY OF INDIANAPOLIS'S BRIEF IN SUPPORT OF MOTION TO DISMISS**

A governmental entity may not be sued under 42 U.S.C. § 1983 unless the alleged injury resulted from the execution of the government's policy or custom. *Monell v. Dep't of Social Servs. of City of New York*, 436 U.S. 658, 694 (1978). To state a *Monell* claim, "the plaintiff must plead factual content that would allow the Court to draw a reasonable inference that: (1) he has suffered the deprivation of a constitutional right; and (2) that an official custom or policy of the City caused that deprivation." *Hoskin v. City of Milwaukee*, 994 F.Supp.2d 972, 978 (E.D. Wis. 2014).

In support of his *Monell* claim against the City of Indianapolis, Plaintiff Charles Cooper states:

> 22. At all times, the employees, agents, and representatives of Defendant, City of Indianapolis, and Officer Gregory Davis, acted pursuant to official policy.
>
> 23. At all times, Defendant, City of Indianapolis, had an official policy, procedure, or protocol authorizing its officers to use excessive force in situations such as described in this Complaint.

Dkt. 1. Cooper's Complaint contains no factual allegations regarding the City's alleged policy or what role it played in this case.

1

To avoid dismissal, Cooper's Complaint must contain sufficient factual matter to "state a claim for relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quotations omitted). The Seventh Circuit has held that "[i]n reviewing the sufficiency of a complaint under the plausibility standard announced in *Twombly* and *Iqbal*, we accept the well-pleaded facts in the complaint as true, but legal conclusions and conclusory allegations merely reciting the elements of the claim are not entitled to this presumption of truth." *McCauley v. City of Chicago*, 671 F.3d 611, 616 (7th Cir. 2011). "Thus, 'boilerplate' allegations that repeat the elements of a *Monell* claim without any further factual content are dismissed for failure to state a claim." *Clay v. Cook County*, 2017 WL 878451 at *2 (N.D. Ill. March 6, 2017).

Here, Cooper merely recites the elements of a *Monell* claim. There are no facts alleged that would support the existence of the purported policy. *See McCauley*, 671 F.3d at 617 (allegation that the City, "at the level of official policy . . . authorized, tolerated, and institutionalized" illegal conduct insufficient to state a *Monell* claim); *Annan v. Village of Romeoville*, 2013 WL 673484 at *6 (N.D. Ill. Feb. 25, 2013) (allegation that defendant "maintains a policy by which officers use excessive force to arrest individuals with no probable cause or reasonable suspicion" insufficient to state a *Monell* claim).

Cooper has provided no factual allegations that would allow this Court to engage in a plausibility analysis under *Twombly* and *Iqbal*. Accordingly, his *Monell* claim against the City of Indianapolis must be dismissed.

Respectfully Submitted,

*/s/ Thomas J. O. Moore*
Thomas J. O. Moore (32079-53)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Email: thomas.moore@indy.gov

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a copy of the foregoing was filed electronically on September 26, 2017. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Christopher D. Wyant | Norman L. Reed |
| Wyant Law Office, LLC | 303 North Alabama Street, Suite 230 |
| 608 East Market Street | Indianapolis, Indiana 46204 |
| Indianapolis, Indiana 46202 | |

Respectfully Submitted,

*/s/ Thomas J. O. Moore*
Thomas J. O. Moore
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204