IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHARLES W. COOPER ) | |
| ) | |
| Plaintiff, ) | |
| ) CASE NO.: 1:17-cv-02467-JMS-MJD | |
| v. ) | |
| ) | |
| CITY OF INDIANAPOLIS and ) | |
| OFFICER GREGORY DAVIS, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' PRELIMINARY WITNESS LIST

Defendants City of Indianapolis and Officer Gregory Davis, by counsel, now file this

Preliminary Exhibit List:

1. Officer Gregory Davis
   c/o Office of Corporation Counsel
   200 East Washington Street, Suite 1601
   Indianapolis, Indiana 46204

2. Sergeant Jeff McHenry
   c/o Office of Corporation Counsel
   200 East Washington Street, Suite 1601
   Indianapolis, Indiana 46204

3. Officer Bryan Sosbe
   c/o Office of Corporation Counsel
   200 East Washington Street, Suite 1601

4. Charles W. Cooper
   c/o Christopher D. Wyant
   Wyant Law Office, LLC
   608 East Market Street
   Indianapolis, Indiana 46202

5. Geneva Froedge
   25 North Ewing Street
   Indianapolis, Indiana 46201

6. Any and all individuals or entities identified in written and oral discovery by any party or witness identified in any documents received through non-party request for production;

7. Any and all witnesses necessary for rebuttal or impeachment, but who are unknown at this time, including expert rebuttal witnesses;

8. Defendants have not yet identified any expert witness(es) and/or IME physician(s) in this matter and reserve the right to supplement this list with any expert(s) and/or IME physician(s) once this information becomes available and in accordance with the Court's expert disclosure schedule;

9. Any person deposed or yet to be deposed in this matter;

10. Any person necessary to authenticate any documents or lay proper foundations for the admission of any evidence; and

11. Any person listed on any witness list filed by any party in this matter.

              Respectfully Submitted,

              */s/ Thomas J. O. Moore*
              Thomas J. O. Moore (32079-53)
              Assistant Corporation Counsel
              OFFICE OF CORPORATION COUNSEL
              200 East Washington Street, Suite 1601
              Indianapolis, Indiana 46204
              Telephone: (317) 327-4055
              Email: thomas.moore@indy.gov

## **CERTIFICATE OF SERVICE**

  The undersigned counsel certifies that a copy of the foregoing was filed electronically on November 27, 2017.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Christopher D. Wyant | Norman L. Reed |
| Wyant Law Office, LLC | 303 North Alabama Street, Suite 230 |
| 608 East Market Street | Indianapolis, Indiana 46204 |
| Indianapolis, Indiana 46202 | |

                Respectfully Submitted,

                */s/ Thomas J. O. Moore*
                Thomas J. O. Moore
                Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204